IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVELYN STRONG and KENNETH STRONG, | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | Case No. A-23-CV-456-JRN |
| | § | |
| STATE FARM LLOYDS, | § | |
| Defendant | § | |

# PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE UNITED STATES JUDGE:

Plaintiffs, Evelyn Strong and Kenneth Strong, respectfully file this motion for leave to amend their complaint, and would show:

1. On March 20, 2023 Plaintiffs filed their petition in this homeowner's insurance matter in the 201ST Judicial District Court of Travis County, Texas. Defendant answered on April 14, 2023. The matter was then removed to this Court by Defendant on April 21, 2023.

2. Plaintiffs seek to amend their complaint to revise it to the appropriate form for this Court, to plead facts more completely and to allege their causes of action in more detail.

3. The facts contained in the First Amended Complaint were previously provided to Defendant in a pre-suit notice letter.

4. The amended complaint asserts claims that arose out of the conduct, transaction or occurrence made the basis of the original petition.

5. Plaintiffs request that in the interest of justice the Court grant this motion.

6. Plaintiffs' First Amended Complaint and proposed order granting this Motion are attached hereto.

1

Respectfully submitted,

  /s/Jon Smith
JON MICHAEL SMITH
State Bar No. 18630750
3305 Northland Drive
Suite 500
Austin, Texas 78731
Telephone:    (512) 371-1006
Facsimile:    (512) 476-6685
jon@jonmichaelsmith.com
***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I, Jon Michael Smith, do hereby certify that pursuant to Fed.R.Civ.P.5, a true and correct copy of the foregoing document has been forwarded via the Case Management / Electronic Case Files ("CM/ECF") system and via email on August 1, 2023, to the following counsel of record:

David R. Stephens                              dstephens@lsslaw.com
LINDOW STEPHENS SCHULTZ LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
***ATTORNEYS FOR DEFENDANT***

   /s/Jon Smith
Jon Michael Smith